Paul A. Conant, 012667
**CONANT LAW FIRM, PLC**
Northern Trust Bank Tower, Suite 925
2398 East Camelback Road
Phoenix, Arizona 85016
Telephone: 602.508.9010
Facsimile:  602.508.9015
Email: docket@conantlawfirm.com
    Attorneys for plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KINGSLEY CAPITAL MANAGEMENT, LLC, an Arizona limited liability company, and BRUCE PAINE KINGSLEY MD IRA ROLLOVER, a Qualified Individual Retirement Account,<br><br>    plaintiffs,<br><br>vs.<br><br>THE MEMBERS OF THE BOARD OF DIRECTORS OF THE PARK AVENUE BANK OF NEW YORK AS OF 2008: DONALD G. GLASCOFF JR., CHARLES J. ANTONUCCI SR., BRUNO DE VINCK, FREDERICK KELLER, PATRICK R. MURPHY, ANGELLA MIRIZZI-OLSON, MENDEL ZILBERBERG,<br><br>    defendants. | Case No. 1:12 CV 06260 TPG<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., plaintiffs Kingsley Capital Management, LLC and Bruce Paine Kingsley MD IRA Rollover hereby give notice of the dismissal of all claims alleged in this action, without prejudice.

-1-

A proposed form of order approving the dismissal is lodged contemporaneously herewith.

RESPECTFULLY submitted this 30th day of September, 2015.

                                      **CONANT LAW FIRM, PLC**

                                      By:/s/Paul A. Conant
                                      Paul A. Conant
                                      2398 East Camelback Road, Suite 925
                                      Phoenix, Arizona  85016
                                      Attorneys for plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic service, with a copy electronically delivered to Judge Thomas P. Griesa.

On this 30th day of September, 2015, a copy was served by electronic delivery and/or mailed through the CM/ECF System, or mailed, to:

William P. Munday, Esq.
Laura A. Siclari, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
      Attorneys for defendant Patrick R. Murphy

Nathanel Z. Marmur, Esq.
Stillman & Friedman
425 Park Avenue
New York, NY 10022

/s/ Karen Stecker