Paul A. Conant, 012667
**CONANT LAW FIRM, PLC**
Northern Trust Bank Tower, Suite 925
2398 East Camelback Road
Phoenix, Arizona 85016
Telephone: 602.508.9010
Facsimile:  602.508.9015
Email: docket@conantlawfirm.com
    Attorneys for plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGSLEY CAPITAL MANAGEMENT, LLC, an Arizona limited liability company, and BRUCE PAINE KINGSLEY MD IRA ROLLOVER, a Qualified Individual Retirement Account,<br><br>            plaintiffs,<br><br>    vs.<br><br>THE MEMBERS OF THE BOARD OF DIRECTORS OF THE PARK AVENUE BANK OF NEW YORK AS OF 2008: DONALD G. GLASCOFF JR., CHARLES ANTONUCCI SR., BRUNO DE VINCK, FREDERICK KELLER, PATRICK R. MURPHY, ANGELLA MIRIZZI-OLSON, MENDEL ZILBERBERG,<br><br>            defendants. | Case No. 1:12 CV 06260 TPG<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE, EACH PARTY TO BEAR THEIR OWN FEES AND COSTS** |

   The parties hereby stipulate to dismiss all claims alleged in this action, without prejudice, with each party to bear their own fees and costs.

   A proposed form of order approving the foregoing stipulation is lodged contemporaneously herewith.

-1-

RESPECTFULLY submitted this 30th day of September, 2015.

| | |
|---|---|
| **CONANT LAW FIRM, PLC** | **McCusker, Anselmi, Rosen & Carvelli, P.C.** |
| By:/s/Paul A. Conant<br>Paul A. Conant<br>2398 East Camelback Road, Suite 925<br>Phoenix, Arizona  85016<br>Attorneys for plaintiffs | By:/s/Laura A. Siclari<br>William P. Munday<br>Laura A. Siclari<br>210 Park Avenue, Suite 301<br>Florham Park, New Jersey 07932<br>Attorneys for defendant Patrick R. Murphy |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic service, with a copy electronically delivered to Judge Thomas P. Griesa.

On this 30th day of September, 2015, a copy was served by electronic delivery and/or mailed through the CM/ECF System, or mailed, to:

William P. Munday, Esq.
Laura A. Siclari, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
    Attorneys for defendant Patrick R. Murphy


/s/ Karen Stecker